NUMBER 13-07-00742-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

EX PARTE: FRANCISCO ELIZONDO____________________________________________________________


On Appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela 


Memorandum Opinion Per Curiam



 Francisco Elizondo perfected his appeal from the trial court's denial of his petition
for writ of habeas corpus. Elizondo, by and through his attorney, has filed a motion to
withdraw his notice of appeal because he no longer desires to pursue it. See Tex. R. App.
P. 42.2(a). Without passing on the merits of the case, we grant the motion and dismiss the
appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.



 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this 2nd day of July, 2009.